UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM G. PINZON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RON JENSEN, RON JENSEN )<br>CONSTRUCTION, PINECREST )<br>MARKET, DAN VAUGHN, and DOES 1- )<br>50, )<br>)<br>Defendants. )<br>_____ ) | CIV-F-08-1543 AWI SKO<br><br>ORDER VACATING HEARING DATE OF MAY 23, 2011 AND TAKING MATTER UNDER SUBMISSION |

    Defendant Dan Vaugh has made a motion for summary judgment. Plaintiff Abraham Pinzon has filed an opposition. The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 23, 2011, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   May 19, 2011                                                                                
                                                                              CHIEF UNITED STATES DISTRICT JUDGE

1